KEVIN HOPKINS CCI2F0189
5555 Giant Highway
Richmond, CA 94806

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT, SAN FRANCISCO

KEVIN LAMAR HOPKINS,   C 13   0205
          Plaintiff,   (PR) Honorable Jeffrey S. White
   vs.
CONTRA COSTA Sheriff          CASE No.
Department, SAM Rosales,     NOTICE OF MOTION
THOMAS Norvell, Sheriff       FOR INJUNCTION
David O. Livingston, et al.   AND/OR FURTHER Relief
                              AND DECLARATION BY PLAINTIFF

  Plaintiff hereby moves the court for an injunction from harassment and retaliation. Since the filing of new action Plaintiff has been subjected to reprisals by this Administration. Plaintiff has filed grievances and appeals through every level of appeal and responses are left deficient and not responded to.

  Plaintiff is in need of medical care, orthopedic devices prescribed by physician were confiscated and medical care has been denied. There has been an ongoing saga of infliction of harassment by staff to include fabrication of Disciplinary Report, falsification of making another inmate



an enemy as a ruse to have me transferred, haunted and disrespected by staff members that has since been admonished by superiors and I was literally shoved almost loosing my balance by another Deputy. This Administration has also refused me Civil Pro Per Status in this now pending action though it was previously allowed. I have been denied envelopes, paper and postage though I been rendered and certified pro per in this civil rights action. This Administration does not afford this Plaintiff

Plaintiff is of no recourse than to appeal to the Court for intervention. All my grievance + appeals are ignored and supervisory appeal has been moot.

A copy of this Declaration + Notice and Motion has been served on all parties Sandra L. Anderson, Janice Amenta County Counsel Office, 651 Pine St. Martinez, CA 94553

I declare under penalty of perjury the foregoing is true and correct and executed on 1-2-13 in Richmond, California. S/ Kevin James Hopkins



KEVIN HOPKINS  CC125Q189                          KEVIN HOPKINS
West County Detention Center                      2187 48th Avenue
5555 Giant Hwy.                                   Oakland, CA 94806
Richmond, CA 94806

1. IN THE UNITED STATES DISTRICT COURT
2. FOR THE NORTHERN DISTRICT, SAN FRANCISCO
3.
4. KEVIN LAMAR HOPKINS    DECLARATION IN
5.        Plaintiff,      SUPPORT OF INJUNCTION
6.                        RELIEF AND/OR ANY
7.          VS            OTHER RELIEF THAT
8. Contra Costa County    MAY BE APPROPRIATE
9. SHERIFF DEPT, et al
10.       Defendants.

11. 1. I Am the Plaintiff in this Action And if
12. called to testify I can competently testify
13. thereto.
14. 2. After filing pending action Plaintiff continues
15. to be harassed and retaliated Against.
16. 3. Deputy Crose told Plaintiff that All
17. Plaintiff does is bitch cry and complain
18. and I need to comply And submit to jail
19. 4. Plaintiff written a grievance on Deputy
20. Crose misappropriate And disrespectful
21. remarks and response from grievance that
22. Deputy Crose was Admonished.
23. 5. Later Deputy Crose fabricated a
24. Disciplinary Report on Plaintiff Alleging
25. that Plaintiff interfered with Deputy Duties
26. because Plaintiff said he did not get Along

1. with a inmate, though Plaintiff was found
2. guilty of disciplinary infraction that inmate
3. by name of Bui was made an enemy.
4. 6. Deputy Chilimondes called Plaintiff to
5. Podium for Bulk Legal Mail, Deputy
6. Chilimondes started yelling at the Plaintiff
7. quote " what is this shit" Have you
8. gotten any money for it yet and that
9. I was still in jail and still a loser,
10. said misconduct was witnessed by
11. several inmates. Deputy Chilimondes
12. fabricated a Disciplinary Report on
13. Plaintiff and Sgt. Hom had squashed
14. Disciplinary report after interviewing
15. witnesses to Chilimondes tirade. A
16. grievance was written and respondent
17. said situation was handled.
18. 7. Plaintiff was remanded back into custody
19. based on being medically terminated from
20. a residential Program due to a injury.
21. On November 5, 2012
22. 8. Plaintiff injury to knee physician
23. prescribed a orthopedic knee brace,
24. Plaintiff has filed every level of Appeal
25. and grievance most have been non-responsive
26. or deficient in response.

9. Plaintiff had appealed to Captain Grottkau on Administration ignoring their own policy and procedures to the grievance and appeal process.

10. Plaintiff was referred to x-rays on November 27, 2012 and to date plaintiff has not received any medical attention despite numerous complaints of pain and suffering.

11. On December 14, 2012 Plaintiff was shoved by a Deputy E. Martinez causing Plaintiff to almost lose balance and fall and Plaintiff might add he walks with cane. There is been non response to all grievances. Policy and procedures states if an response to a grievance (7) days appeal (5) requires longer for investigation and response the inmate is to be notified in writing.

12. Lieutenant Scott Haggard has stopped all Plaintiff Civil Pro Per Supplies with the assertion the county owes no obligation to Plaintiff's civil matters though Plaintiff is indigent.

13. This Administration is under a guise



1. 14. Jail refuses to provide photocopying services,
2. Postage for legal mail, paper, envelopes though
3. the Courts certified pro per in this action,
4. the jail has since rescinded priviledges to
5. Mail legal mail, photocopies, research to
6. Legal Research Associates at the pretense
7. that they are only obligated to do so
8. in criminal pro per actions
9.
10.
11.
12.
13.
14.
15.
16.
17.
18.
19.
20.
21.
22.
23.
24.
25.

1. terrorize and harass Plaintiff. Wherefore,
2. Plaintiff prays upon the court requesting
3. injunction relief and any other relief
4. that may be appropriate.
5.
6. Plaintiff is of no other remedy than to
7. pray upon this court for relief for
8. Plaintiff believes his safety in this
9. Jail is at risk. I respectfully
10. the court grant a temporary and a permanent
11. injunction enjoining the Contra Costa Sheriff
12. Department, their Deputies, Successors, Assigns,
13. and all persons in active concert or
14. participation with them, from engaging
15. in any practice or activity which discriminate
16. harass and/or retaliates against Plaintiff.
17.
18. I declare under the penalty of perjury,
19. that the foregoing is true and correct
20.
21. Executed on January 2, 2013, in Richmond,
22. California
23. /S/ Kevin Lamar Hopkins
24. KEVIN LAMAR HOPKINS
25.

*Hopkins vs. Contra Costa SHERIFF Dept, et Al*

~~KEVIN HOPKINS VS. TOYOTA MOTOR CASES JCCP 4621~~

## PROOF OF SERVICE BY MAIL

My name is **Arthur Long**. I am incarcerated at the West County Detention facility addressed as follow: 5555 Giant Highway, Richmond, California 94806. I am not a party to this action.

On **1-2-13**, I an enclosed in an envelope the following document titled **NOTICE OF MOTION REQUESTING Injunctive** addressed as follows **RELIEF AND MOTION IN SUPPORT OF MOTION BY PLAINTIFF"**

~~BOWMAN & BROOKE LLP~~
~~MR. MATTHEW TAMEL~~
~~MS. ANNA O. HANNA~~
~~1741 TECHNOLOGY DRIVE, SUITE 200~~
~~SAN JOSE, CALIFORNIA 94510~~

County Counsel OFFICE
Sandra L. Anderson
Janice Amenta
651 Pine Street, 7th Fl.
Martinez, CA 94553

I am familiar with the normal practices of this Jail Administration in the handling of indigent legal mail by depositing in the designated mailbox located in the jail Module.

I declare under the penalty of perjury the foregoing is true and correct.

Executed on the **2nd** day of **January 2013**, ~~2012~~, in Richmond, California

/s/ **Arthur Long**

Kevin Hopkins, CCI2EO189
West County Detention Facility
5555 Giant Hwy.
Richmond, CA 94806

Legal Mail

CLERK OF THE COURT FOR
U.S. District Court
450 Golden Gate Avenue
San Francisco, CA 94102

RECEIVED
JAN 10 2012
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES POSTAGE
$ 000.450
02 1P
0004481321  JAN 08 2013
MAILED FROM ZIP CODE 94553
PITNEY BOWES