IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HOPKINS, ) | Nos.   C 13-0205 JSW (PR) |
| Plaintiff, ) | **ORDER GRANTING EXTENSION OF TIME** |
| v. ) | |
| CONTRA COSTA COUNTY SHERIFF DEPARTMENT, et al., ) | |
| Defendants. ) | (Docket Nos. 4, 5) |

Good cause appearing, Plaintiff's request for an extension of time in which to comply with the notice to pay the filing fee or file a complete in forma pauperis action is GRANTED, to and including **March 21, 2013**. Failure to pay the filing fee or file a complete in forma pauperis application on or before that date will result in the dismissal of this action.

IT IS SO ORDERED.

DATED: FEB 26 2013

JEFFREY S. WHITE
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HOPKINS,<br><br>    Plaintiff,<br><br>v.<br><br>CONTRA COSTA SHERRIFF DEPT. ET AL<br>et al,<br><br>    Defendant._____/ | Case Number: CV13-00205 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 26, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kevin Lamar Hopkins CC12E0189
West County Detention Facility
5555 Giant Highway
Richmond, CA 94806

Dated: February 26, 2013

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk