UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HOPKINS,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONTRA COSTA SHERIFF'S DEPARTMENT,<br><br>　　　　Defendants. | Case No.  13-0205 WHO (PR)<br><br>**ORDER OF DISMISSAL** |

　　Mail sent by the Court to plaintiff was returned as undeliverable more than 60 days ago. Accordingly, the action is hereby DISMISSED without prejudice because plaintiff failed to keep the Court apprised of his current address pursuant to Civil Local Rule 3-11(b) and because he failed to prosecute this matter pursuant to Fed. R. Civ. P. 41(b). The Clerk shall enter judgment in favor of defendants, and close the file.

　　**IT IS SO ORDERED.**

**Dated:** July  31 , 2013

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　WILLIAM H. ORRICK
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN LAMAR HOPKINS,<br><br>         Plaintiff,<br><br>   v.<br><br>CONTRA COSTA SHERRIFF DEPT. ET AL<br>et al,<br><br>         Defendant.                               / | Case Number: CV13-00205 WHO<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Kevin Lamar Hopkins CC12E0189
West County Detention Facility
5555 Giant Highway
Richmond, CA 94806

Dated: July 31, 2013

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk