1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11    KEVIN LAMAR HOPKINS,                    Case No.  13-0205 WHO (PR)

              Plaintiff,

12

              v.                             **JUDGMENT**

13

14    CONTRA COSTA SHERIFF'S
      DEPARTMENT,

15
              Defendants.

16

17

18        The action having been dismissed without prejudice, judgment is hereby entered in

19    favor of defendants.  Plaintiff shall take nothing by way of this action.

20        **IT IS SO ORDERED.**

21    **Dated:**  July 31, 2013

22    
      _____
23    WILLIAM H. ORRICK
      United States District Judge

24

25

26

27

28

*United States District Court*
*Northern District of California*

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KEVIN LAMAR HOPKINS,

            Plaintiff,

  v.

CONTRA COSTA SHERRIFF DEPT. ET AL
et al,

            Defendant.

_____ /

Case Number: CV13-00205 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 31, 2013, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Kevin Lamar Hopkins CC12E0189
West County Detention Facility
5555 Giant Highway
Richmond, CA 94806

Dated: July 31, 2013

                             Jean M. Davis
                             Richard W. Wieking, Clerk
                             By: Jean Davis, Deputy Clerk